**No. 40682.**—Protests 950575–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (C. D. 47) the pistols and parts in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 40683.**—Protests 909629–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (C. D. 47) the pistols and parts in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 40684.**—Protests 885565–G, etc., of J. L. Galef et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of air-pistols and parts similar to those the subject of *Laszlo* v. *United States* (C. D. 47). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 40685.**—Protest 947980–G of Charlotte Mfg. Co. (Philadelphia).

Opinion by DALLINGER, J. Counsel agreed that the chains in question are used on the Whitin flat card machine for the transmission of power. They were found to be an integral part of textile machines and held properly classified at 40 percent under paragraph 372.

**No. 40686.**—Protest 952670–G/11346 of Frank L. Allen, Inc. (New Orleans).

Opinion by DALLINGER, J. In accordance with the report of the appraiser the valves in question were held free of duty under paragraph 1604 as claimed.

**No. 40687.**—Petition 5753–R of Sunshine Mushroom Importing Corp. (New York).

Opinion by DALLINGER, J. It appeared that the importer knew the Government was conducting an investigation as to the market conditions in Poland and that he made every effort to find out the proper dutiable value of the mushrooms in question. On the entire record the court was satisfied of the good faith of the petitioner throughout the entire transaction. As there was no intention to defraud the revenue the petition was granted.